FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAZUE JOHANSEN; AARON JOHANSEN, Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 15-00040 DKW RLP STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
|---|---|

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

　　　　IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

DATED: September 15, 2015, at Honolulu, Hawaii.

        FLORENCE T. NAKAKUNI
        United States Attorney
        District of Hawaii

        /s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant
United States of America


DATED: September 15, 2015, at Honolulu, Hawaii.

        /s/ Ian L. Mattoch
_____
IAN L. MATTOCH, ESQ.
Attorney for Plaintiffs


APPROVED AS TO FORM.

DATED: September 16, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

<u>Kazue Johansen et al. v. United States of America</u>;
Civil No. 15-00040 DKW RLP; "Stipulation and Order for Dismissal with Prejudice"